IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ALAN L. BUSH                                                                                              PLAINTIFF

V.                                              CIVIL ACTION NO.  1:08-CV-00038-LTS-RHW

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY; JOHN J.                                                    DEFENDANTS
FLETCHER; and DEFENDANTS A
THROUGH M

## AGREED ORDER

This matter is before the Court on the joint *ore tenus* Motion of Plaintiff Alan L. Bush and Defendant Nationwide Mutual Fire Insurance Company ("Nationwide") for an extension of time to complete remand-related discovery and for Nationwide to respond to Plaintiff's Motion to Remand.  The Court, having considered the Motion and having been advised that the parties are in agreement, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the remand-related discovery period shall conclude on May 30, 2008.

IT IS FURTHER ORDERED that Nationwide shall file its Response to Plaintiff's Motion to Remand on or before June 20, 2008

SO ORDERED, this the 29th day of May, 2008.

> s/ L. T. Senter, Jr.
> L. T. SENTER, JR.
> SENIOR JUDGE

2560895.1/09446.29766