UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALAN J. BUSH**                                                                                              **PLAINTIFF**

**V.**                                                                **CIVIL ACTION NO.1:08CV0038 LTS-JMR**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,**
**JOHN J. FLETCHER, ET AL.**                                                                **DEFENDANTS**

### ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion [6] to remand is **GRANTED**;

That this action is **REMANDED** to the Circuit Court of Jackson County Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the Court from which it was removed.

The motion [34] of Nationwide Mutual Fire Insurance Company for Leave to File a Sur-Reply is **DENIED**.

**SO ORDERED** this 6th day of August, 2008.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE